IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

        Plaintiff,                       No. CIV S-05-2350 FCD JFM P

    vs.

P. HAIL, et al.,

        Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

                              /

        In an order filed December 6, 2005, this court found that plaintiff has, on at least four occasions, suffered dismissals of lawsuits filed in this district on the grounds that said actions were frivolous or malicious or failed to state a claim upon which relief may be granted, and that plaintiff had not in this action alleged facts which suggest that he is under imminent danger of serious physical injury. For those reasons, the court further found, in accordance with the provisions of 28 U.S.C. § 1915(g), plaintiff was precluded from proceeding in forma pauperis with this action. The court therefore denied plaintiff's motion to proceed in forma pauperis and directed plaintiff to pay the $250.00 filing fee for this action. In addition, the court cautioned plaintiff that failure to comply with the order would result in a recommendation that this action be dismissed.

/////

On December 21, 2005, plaintiff filed a statement in response to the court's December 6, 2005 order. Nothing in plaintiff's statement alters the findings made in the court's December 6, 2005 order, and plaintiff has not paid the filing fee as required by that order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/camp2350.fpf