IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

    Plaintiff,                              No. CIV S-05-2350 FCD JFM P

   vs.

P. HAIL, et al.,

    Defendants.                    <u>ORDER</u>

_____/

       On August 18, 2006, plaintiff filed a letter. This civil rights action was closed on February 2, 2006, and on August 15, 2006, plaintiff's appeal was dismissed by the United States Court of Appeals for the Ninth Circuit. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 18, 2006.

UNITED STATES MAGISTRATE JUDGE

12
camp2350.58